# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 24-5935

**Case Name** John Boshears v. PeopleConnect, Inc.

**Counsel submitting this form** Ian Heath Gershengorn, Clifford W. Berlow, Debbie L. Berman

**Represented party/parties** PeopleConnect, Inc.

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff John Boshears filed a putative class action suit against Defendant PeopleConnect, Inc. ("PeopleConnect"), which runs Classmates.com. Classmates allows users to view content from school yearbooks, including Plaintiff's yearbook, and to connect with former classmates. Plaintiff alleges that PeopleConnect extracted his name and his photos from his school yearbook, such that when a person searches for his name some of that information appears adjacent to advertisements for paid memberships to Classmates.com. By doing so, Plaintiff alleges, the Classmates website has appropriated his name, likeness, and other information without his consent in violation of the Indiana Right of Publicity Act and the Indiana Common Law Tort Misappropriation of Name and Likeness.

PeopleConnect filed a motion to dismiss, which argued inter alia that Plaintiff was party to an arbitration agreement with Classmates that obligated him to submit his claim to arbitration. The district court partially denied PeopleConnect's motion to dismiss, including the motion to compel arbitration. But in Case Number 22-35262, this Court reversed holding that the district court had erred by denying PeopleConnect's request for arbitration-related discovery.

On remand, the parties engaged in arbitration-related discovery and PeopleConnect filed a renewed motion to compel arbitration. The district court again denied PeopleConnect's motion.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**   Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

In moving to compel arbitration, PeopleConnect argued that Plaintiffs counsel bound him to arbitrate when his counsel used a Classmates account to gather screenshots that could be accessed only by accepting the Classmates Terms of Service ("TOS"). Those screenshots were then used for Plaintiff's benefit.

The district court denied the motion. First, it held that Plaintiff, through his counsel, opted out of the arbitration agreement within the 30-day period for doing so based on a disputed interpretation of the TOS under which his 30-day period never started to run. The Ninth Circuit had already held that counsel had not effectively opted out of the arbitration provision, but the district court held that counsel's second, post-appeal opt out was effective under a different reading of the TOS. Second, it held that Plaintiff's counsel exceeded his authority by agreeing to the TOS because Plaintiff had not indicated he wanted to proceed in any format other than a class action. Third, it held that Plaintiff did not ratify his counsel's agreement because it believed the Plaintiff did not sufficiently benefit from his counsel's access to Classmates.com.

The issue on appeal is whether the district court erred by denying PeopleConnect's renewed motion to compel arbitration.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Proceedings before the district court are stayed pending resolution of this appeal. Coinbase Inc. v. Bielski, 599 U.S. ___, 10 (2023) (noting that an appeal of a motion to compel arbitration divests the district court of jurisdiction pending the appeal).

Plaintiff's claims and those of the putative class remain pending on the merits before the district court.

The Parties intend to file a joint motion to stay this appeal pending the resolution of the appeal in Nolen v. PeopleConnect, Inc., Case No. 24-3894.

**Signature** s/ Debbie L. Berman **Date** 10/15/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7   Rev. 09/01/22

2